# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1208
_____

Eswin Marco Lopez De Leon

*Petitioner*

v.

Monty Wilkinson, Acting Attorney General of the United States[1]

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 12, 2021
Filed: February 18, 2021
[Unpublished]

_____

Before GRASZ, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

_____

[1]Monty Wilkinson has been appointed to serve as Acting Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Guatemalan native and citizen Eswin Marco Lopez De Leon petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen his removal proceedings. Upon careful consideration of his challenges to the BIA's order, we find no abuse of discretion in the denial of his untimely filed motion to reopen. <u>See</u> <u>Clifton v Holder</u>, 598 F.3d 486, 490-91 (8th Cir. 2010) (standard of review). The petition for review is denied.

_____